```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         -v-<br><br>FELIX ALMONTE,<br><br>         Defendant. | 2-cr-232 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The Court is in receipt of a letter from defendant Felix Almonte that reads: "TO JUGGE [sic] RAKOFF: My NAME IS FELIX ALMONTE AND MY CASE NUMBER IS 1:02-CR-00232-JSR-1 MY CASE IS 23 YEARS OLD AND I WOULD LIKE THIS CASE TO BE EXPUNGE [sic]." This letter provides no basis for the Court to expunge the criminal conviction of Mr. Almonte. Further, the Second Circuit has recognized the limited circumstances in which a district court has jurisdiction to expunge a valid conviction. See Doe v. United States, 833 F.3d 192, 198-99 (2d Cir. 2016). For these reasons, the request of Mr. Almonte is denied, but Mr. Almonte may renew his motion if he identifies a basis for this Court to expunge his conviction.

   SO ORDERED.

New York, NY
June 6, 2025

_____
JED S. RAKOFF, U.S.D.J.